IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIVEK SHAH<br><br>    Plaintiff,<br><br>v.<br><br>PAYPAL, INC., and DANIEL H. SCHULMAN,<br><br>    Defendants. | CIVIL ACTION NO. 22-CV-00795 |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against defendants PAYPAL, INC. and DANIEL H. SCHULMAN, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and for each party to bear their own fees and costs.

Dated: April 1, 2022

By: /s/ Vivek Shah
    Vivek Shah
    236 Woburn Ln
    Schaumburg, IL 60173
    newvivekshah@gmail.com

    *Plaintiff*

By: /s/ Timothy J. Storino (with permission)
    Timothy J. Storino
    DENTONS US LLP
    233 S. Wacker Drive, Suite 5900
    Chicago, IL 60606
    timothy.storino@dentons.com

    Erica Conklin Baines (*Pro Hac Vice* filed)
    Dentons Cohen & Grigsby P.C.
    Mercato – Suite 6200, 9110 Strada Place
    Naples, FL 34108
    erica.baines@dentons.com

    *Counsel for Defendants PayPal Inc. and Daniel H. Schulman*